IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00651-CMA-MJW

MARIE WHITE, an individual, and
ANGELA WHITE, an individual,

Plaintiffs,

v.

GEICO GENERAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Stipulated Motion for Entry of Confidentiality [Protective] Order (docket no. 20) is GRANTED finding good cause shown. The written Stipulated Confidentiality [Protective] Order (docket no. 20-1) is APPROVED as amended on page one and in paragraphs 13 and 22 and made an Order of Court.

Date: May 23, 2014